UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br> )<br>  Plaintiff,  )<br> )<br> v.  )<br> )<br>ALL PROPERTY IN/UNDERLYING  )<br>E-GOLD ACCOUNT NUMBERS:  )<br> )<br>1141305, 1142733, 1146912, 1338640,  )<br>1426358, AND 817253,  )<br> )<br>  Defendant.  )<br>_____)| Civ. No. 07-01344 (RMC) |

**AFFIDAVIT IN SUPPORT OF DEFAULT**

I hereby certify under penalty of perjury, this  20th  day of June, 2008, that I am the attorney of record for the plaintiff in the above-entitled case, and that the *in rem* defendant property, described as:

> **All property in/underlying e-gold account numbers: 1141305, 1142733, 1146912, 1338640, 1426358, AND 817253,**

was personally served with process on October 11, 2007.[1]

I further certify that notice of this action has been provided to all known and unknown interested parties by means of electronic mail[2] and by publication.[3]

---

[1] Copies of the Complaint and the Warrant of Arrest *in Rem* issued by the Clerk of the Court were served upon the custodian of the *in rem* defendant property on October 11, 2007. See Document No. 3, EFC system.

[2] A Notice of Forfeiture (with copies of the Complaint and the Warrant of Arrest *In Rem)* were sent to all known interested parties, via electronic mail, to the internet address(es) that putative claimant(s) provided to the e-Gold operation (the money-transmitting operation from which the defendant property was seized) when the e-gold "accounts" at issue here were opened within the e-Gold system. Additionally, service of paper documents by mail was attempted (in all of the related civil forfeiture cases) whenever an apparently complete address had been

I further certify under penalty of perjury that no appearances have been entered on behalf of the said *in rem* defendant property in this case; no pleading on behalf of the defendant property has been filed and none served upon the attorney for the plaintiff; no extensions have been given and the time for filing has expired; and that the defendant property is neither an infant nor an incompetent person.

Pursuant to 28 U.S.C. § 1746(2), I declare under penalty of perjury that the foregoing is true and correct.

The Clerk is requested to enter a Default against said *in rem* defendant property.

/s/
WILLIAM R. COWDEN, D.C. Bar # 426301
Assistant United States Attorney
U.S. Attorney's Office, Criminal Division
555 Fourth St., N.W.
Washington, D.C.  20530
(202) 307-0258
william.cowden@usdoj.gov

---

provided to the operators of the e-Gold system.  But, in most cases, some of the mailed documents were returned as undeliverable.

[3] A notice of seizure/forfeiture was published on April 8th, April 15th and April 22nd of 2008 in THE WALL STREET JOURNAL.

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Affidavit in Support of Default against *in rem* defendant property was sent by electronic email to the known internet e-mail address(es) that putative claimant(s) provided to the e-Gold money-transmitting operation, and by mail to known addresses where those addresses were provided to the e-Gold operation.

      /s/
WILLIAM R. COWDEN
Assistant United States Attorney
U.S. Attorney's Office, Criminal Division
555 Fourth St., N.W.
Washington, D.C.  20530