Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA
_____

       Plaintiff(s)

    V.

ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBERS  1141305,
1142733, 1146912, 1338640, 1426358, *
_____

       Defendant(s)

Civil Action No. 07-1344  (RMC)

RE:  ALL PROPERTY IN/UNDERLYING
E-GOLD ACCOUNT NUMBERS  1141305, 1142733, 1146912, 1338640, 1426358, *

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with ✻ ✻ and copy of the complaint on October 11, 2007 , and an affidavit on behalf of the plaintiff having been filed, it is this 2nd day of July , 2008 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
      T. Gumiel
      Deputy Clerk

✻ AND 817253
✻✻ a Warrant of Arrest in Rem